UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MARGARET A. BUTLER,           )
                              )
            Plaintiff,        )
                              )
     v.                       )   No. 1:10-cv-817 (AJT/TRJ)
                              )
SHEILA BAIR,                  )
                              )
            Defendant.        )
_____)

## ORDER

Upon consideration of Defendant Motion for Summary Judgment [Doc. No. 10], the memoranda and exhibits in support thereof and oppositions thereto, and the arguments of counsel at the hearing held on October 29, 2010, and for the reasons stated in open court and set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendant Motion for Summary Judgment [Doc. No. 10], be, and the same hereby is, GRANTED, and Plaintiff's Complaint [Doc. No. 1] be, and the same hereby is, DISMISSED WITH PREJUDICE.

The Clerk is directed to enter judgment in favor of Defendant pursuant to Fed. R. Civ. P. 58 and to forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

This Order is Final

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 4, 2010